FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCEL LIONEL SEJOUR,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden USP Lompoc,<br><br>    Respondent. | Case No. CV 11-05744 DMG (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto (dkt. 18). Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Court finds the Objections principally restate contentions that were considered and found to lack merit for reasons set forth in the R&R. Accordingly, the Objections are overruled and the Court accepts the findings and recommendation of the R&R.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. Any and all pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 11, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE