FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCEL LIONEL SEJOUR, | Case No.  CV 11-05744 DMG (AN) |
| Petitioner, | |
| v. | ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |
| LINDA SANDERS, Warden USP Lompoc, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto (dkt. 18). Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1.     The Court finds the Objections principally restate contentions that were considered and found to lack merit for reasons set forth in the R&R. Accordingly, the Objections are overruled and the Court accepts the findings and recommendation of the R&R.

2.     Judgment shall be entered denying the Petition and dismissing this action with prejudice.

1        3.      Any and all pending motions are denied as moot and terminated.

2                IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this

3   Order and the Judgment on all counsel or parties of record.

4

5

6   Dated:  April 11, 2012

7                                                                    DOLLY M. GEE
                                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28