FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCEL LIONEL SEJOUR, | Case No. CV 11-05744 DMG (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA SANDERS, Warden USP Lompoc, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 11, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY